**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| STANLEY JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-00080-NCC |
| | ) | |
| GREGORY HANCOCK, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

On or about April 17, 2026, Petitioner Stanley Johnson filed a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus. (Doc. 1). On October 13, 2026, mail sent by the Court to Petitioner was returned as undeliverable with the word "deceased" written on the envelope. (Doc. 7 at 1). On October 21, 2026, the Honorable Noelle C. Collins directed Respondent to confirm whether Petitioner was deceased, and if so, to state his position regarding whether Petitioner's death mooted the pending Petition. (Doc. 8).

Respondent now advises that Petitioner passed away on September 25, 2026. (Doc. 10). Respondent provided an institutional Incident Report Form that confirms that information. (Doc. 10-1). Citing *McMillin v. Bowersox*, 102 F.3d 987 (8th Cir. 1996), Respondent states that Petitioner's death moots the pending section 2254 Petition, and asks the Court to dismiss it as moot.

The Court agrees with Respondent that Petitioner's death moots the pending section 2254 Petition, *see McMillin*, 102 F.3d 987, and will therefore deny the Petition and dismiss this action. The Court finds there has been no showing of the denial of a constitutional right, and will not issue a certificate of appealability. *See* 28 U.S.C. § 2253(c).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner Stanley Johnson's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus is **DENIED** as moot and this case is **DISMISSED**. A separate order of dismissal will be entered with this Memorandum and Order.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

Dated this 10th day of November 2026.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE